# United States Bankruptcy Court
## Eastern District of New York

In re **Dunbar Partners BSD LLC**  
Debtor(s)

Case No. **23-40575-nhl**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dunbar Partners BSD LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Preston Court Shares, LLC**  
c/o Konner, Teitelbaum & Gallagher  
462 Seventh Avenue  
12th Fl.  
New York, NY 10018

☐ None [*Check if applicable*]

**February 21, 2023**  
Date

**/s/ FRED B. RINGEL**  
**FRED B. RINGEL**  
Signature of Attorney or Litigant  
Counsel for **Dunbar Partners BSD LLC**  
**LEECH TISHMAN ROBINSON BROG, PLLC**  
**875 THIRD AVENUE**  
**New York, NY 10022**  
**(212) 603-6300**